■ GAIL P. KAILBOURNE, Respondent-Appellant, v CATTARAUGUS-ALLEGANY-ERIE-WYOMING BOCES, Appellant-Respondent, et al., Defendant. [682 NYS2d 651] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Himelein, J. (Appeals from Order of Supreme Court, Allegany County, Himelein, J.—Summary Judgment.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.